# Exhibit B

IN THE HIGH COURT OF JUSTICE                                  2009 FOLIO 804
QUEEN'S BENCH DIVISION
COMMERCIAL COURT

THE HONOURABLE MR JUSTICE TOMLINSON



IN AN ARBITRATION CLAIM BETWEEN:

COMMISSIONS IMPORT EXPORT S.A.

trading as "COMMISIMPEX"

Claimant

- and -

(1) THE REPUBLIC OF THE CONGO
(2) CAISSE CONGOLAISE D'AMORTISSEMENT

Defendants

ORDER

UPON a claim having been made by the Claimant by an arbitration claim form dated 16 June 2009 ("the Claim Form")

AND UPON READING the written evidence filed on behalf of the Claimant

IT IS ORDERED THAT:

1. Pursuant to section 101 of the Arbitration Act 1996, the Claimant be permitted to enforce against the Defendants in the same manner as a judgment or order to the same effect the award dated 3 December 2000 of the International Court of Arbitration of the International Chamber of Commerce in Case 9899/AC/DB COMMISIMPEX S.A.

(Brazzaville) vs. REPUBLIC OF THE CONGO AND CAISSE CONGOLAISE D'AMORTISSEMENT ("the Award") for the monetary sums payable by the Defendants on a joint and several basis pursuant to the ruling in the Award.

2. Judgment be entered for the Claimant against the Defendants in the terms of the Award as follows:

   (a) EURO 4,094,531;

   (b) GBP 18,903,708;

   (c) USD 31,184,837;

   (d) CFA 1,731,267,415;

   (e) Penalty interest as follows:

       (i)    EURO 8,300,622;

       (ii)   GBP 34,312,232;

       (iii)  USD 56,408,208;

       (iv)  CFA 2,899,457,582; and

   (f) in respect of the Claimant's arbitration costs: USD 393,333 and EURO 22,867.

3. The Claimant shall be permitted to serve the Claim Form out of the jurisdiction pursuant to CPR r. 6.36, CPR6 Practice Direction B, paragraph 3.1(10), and CPR r. 62.18(4).

4. The Defendants shall pay the costs of this arbitration claim to be assessed if not agreed.

**PROVIDED THAT**, within 25 days after service of this order on the Defendants, the Defendants may apply to set aside this order and the Award shall not be enforced until after the expiration of that period or, if the Defendants apply within that period to set aside the order, until after the application is finally disposed of.

The time for filing an acknowledgement of service or admission to the claim is 25 days after the expiry of 2 months from service of the Claim Form.[1]

---

[1] Under s12(2) of the State Immunity Act 1978, where a State is served, the period permitted for filing an acknowledgment of service or an admission does not begin to run until 2 months after the date on which the State is served. The time specified above for filing an acknowledgment of service or an admission takes into account such 2 month period.

# IN THE HIGH COURT OF JUSTICE
# QUEEN'S BENCH DIVISION
# COMMERCIAL COURT

2009 FOLIO 804

### IN AN ARBITRATION CLAIM BETWEEN:

**COMMISSIONS IMPORT EXPORT S.A**
**trading as COMMISIMPEX**

**Claimant**

- and -

**(1) THE REPUBLIC OF THE CONGO**

**(2) CAISSE CONGOLAISE D'AMORTISSEMENT**

**Defendants**

---

## ORDER

---

**WHITE & CASE**

5 Old Broad Street
London EC2N 1DW
Tel: 020 7532 1000
Fax: 020 7532 1001
Ref: J Higham QC / C Balmain
4035521 -0002